UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUL 02 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ISMAEL GONZALEZ**
**DANTE DEWAYNE WATTS**
**ARIEL CRUZ**
**CARLOS CATALAN**

SECOND SUPERSEDING INDICTMENT

NO. 3:16CR-82-CHB
18 U.S.C. § 2
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1956(h)
18 U.S.C. § 1957(a)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 982(a)(1)(A)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1

*(Conspiracy to Possess with Intent to Distribute)*

Beginning on or about May 3, 2016, and continuing to on or about July 8, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **ISMAEL GONZALEZ, DANTE DEWAYNE WATTS, ARIEL CRUZ, and CARLOS CATALAN,** knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, as defined by Title 21, United States Code, Section 812; 50 grams or more of methamphetamine; 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine; and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamid, commonly known as "fentanyl," Schedule II controlled substances, as

defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

### Notice Pursuant to 21 U.S.C. § 851

**DANTE WATTS**, has been previously convicted of the following serious drug felony offenses, and the release of the term of imprisonment (for more than twelve (12) months) was within 15 years of the commencement of the offenses listed in the indictment, specifically:

> On or about March 25, 1991, **DANTE WATTS**, was convicted of trafficking in a controlled substance, under case number **90-CR-863**, in Jefferson Circuit Court, Jefferson County, Kentucky, a felony drug offense; and

> On or about March 25, 1991, **DANTE WATTS**, was convicted of possession of a controlled substance, under case number **90-CR-1531**, in Jefferson Circuit Court, Jefferson County, Kentucky, a felony drug offense; and

> On or about August 11, 1994, **DANTE WATTS**, was convicted of dealing cocaine, under case number **10D02-9401-CF-000003**, in Clark Superior Court, Clark County, Indiana, a felony drug offense.

**ISMAEL GONZALEZ**, has been previously convicted of a serious felony drug offense, the release of the term of imprisonment (for more than twelve (12) months) was within 15 years of the commencement of the offenses listed in the indictment specifically:

> On or about October 6, 2005, **ISMAEL GONZALEZ**, was convicted of possession of cocaine with intent to distribute, under case number **5:04-CR-89-002**, in United States District Court, Middle District of Georgia, a felony drug offense.

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about and between May 3, 2016 and July 8, 2016, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DANTE DEWAYNE WATTS**, knowingly possessed a firearm, that is, a Taurus model PT 92AF, 9 millimeter semiautomatic pistol, bearing serial number TVJ78651, and a FNH USA model FNS-9, 9 millimeter semiautomatic pistol, bearing serial number GKU0055953, in furtherance of a drug trafficking crime as charged in Count 1.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 3
*(Conspiracy to Launder Monetary Instruments)*

### THE CONSPIRACY

In or about and between May 2016 and July 2016, in the Western District of Kentucky, Jefferson County and elsewhere, the defendants, **ISMAEL GONZALEZ** and **DANTE DEWAYNE WATTS**, did knowingly combine, conspire, and agree with each other and with other persons, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

> to knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce, which involved the proceeds of a specified unlawful activity, that is dealing in controlled substances in violation of the laws of the United States, with the intent to promote the carrying on of specified unlawful activity, that is drug dealing, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following: after **WATTS** and **GONZALEZ** decided on a price for the controlled substances described in Count 1, **WATTS** directed J.J. to deliver approximately $400,000 of the currency in her possession to **GONZALEZ**. On or about July 1, 2016, J.J. delivered this currency to a location specified by **GONZALEZ**.

In violation of Title 18, United States Code, Section 1956(h).

The Grand Jury further charges:

COUNTS 4-39
(*Laundering of Monetary Instruments*)

On or about the dates set forth below, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **DANTE DEWAYNE WATTS**, and others, known and unknown to the Grand Jury, aiding and abetting each other and others, knowingly conducted and attempted to conduct the following financial transactions, affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is, dealing in controlled substances in violation of the laws of the United States, knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, and while conducting and attempting to conduct such financial transactions, knew the property involved in each financial transaction represented the proceeds of some form of unlawful activity:

| Count | Date | Casino | Financial Transaction | Bank Acct/Cash Transaction |
|---|---|---|---|---|
| 4 | 9/18/15 | Las Vegas Sands LLC DBA The Venetian | $28,480 | Cash Purchase of Chips |
| 5 | 9/19/15 | Las Vegas Sands LLC DBA The Venetian | $15,760 | Cash Purchase of Chips |
| 6 | 9/22/15 | Las Vegas Sands LLC DBA The Venetian | $40,000 Check Deposit (Check 029121) | PNC ending 1239 (Watts checking) |
| 7 | 9/30/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $30,000 Check Deposit (Check 9030) | PNC ending 1239 (Watts checking) |
| 8 | 10/2/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $20,700 | Cash Purchase of Chips |
| 9 | 10/5/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $20,000 Check Deposit (Check 9035) | PNC ending 1239 (Watts checking) |
| 10 | 10/6/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $60,000 Check Deposit (Check 9036) | PNC ending 1239 (Watts checking) |
| 11 | 11/4/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $103,400 | Cash Purchase of Chips |
| 12 | 11/6/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $16,235 Check Deposit (Check 9051) | PNC ending 1239 (Watts checking) |

| Count | Date | Casino | Financial Transaction | Bank Acct/Cash Transaction |
|---|---|---|---|---|
| 13 | 11/12/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $25,000 Check Deposit (Check 9055) | PNC ending 1239 (Watts checking) |
| 14 | 11/20/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $105,318 | Cash Out/Redemption of Chips |
| 15 | 12/1/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $32,915 | Cash Purchase of Chips |
| 16 | 12/1/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $14,000 Check Deposit (Check 9067) | PNC ending 1239 (Watts checking) |
| 17 | 12/3/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $15,000 Check Deposit (Check 9068) | PNC ending 1239 (Watts checking) |
| 18 | 12/3/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $15,000 Check Deposit (Check 9069) | PNC ending 1239 (Watts checking) |
| 19 | 12/23/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $30,610 | Cash purchase of Chips |
| 20 | 12/23/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $10,000 Check Deposit (Check 9086) | PNC ending 1239 (Watts checking) |
| 21 | 12/27/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $22,250 | Cash Purchase of Chips |

| Count | Date | Casino | Financial Transaction | Bank Acct/Cash Transaction |
|---|---|---|---|---|
| 22 | 12/28/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $24,600 | Cash Purchase of Chips |
| 23 | 12/29/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $10,000 Check Deposit (Check 9095) | PNC ending 1239 (Watts checking) |
| 24 | 12/29/15 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $30,000 Check Deposit (Check 9096) | PNC ending 1239 (Watts checking) |
| 25 | 1/5/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $13,600 | Cash Purchase of Chips |
| 26 | 1/5/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $96,525 | Cash Out/Redemption of Chips |
| 27 | 1/6/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $37,100 | Cash Purchase of Chips |
| 28 | 1/6/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $40,000 Check Deposit (Check 9104) | PNC ending 1239 (Watts checking) |
| 29 | 2/7/16 | Blue Sky Casino LLC DBA French Lick Resort Casino | $11,870 | Cash Purchase of Chips |
| 30 | 2/8/16 | Blue Sky Casino LLC DBA French Lick Resort Casino | $13,940 | Cash Purchase of Chips |

| Count | Date | Casino | Financial Transaction | Bank Acct/Cash Transaction |
|---|---|---|---|---|
| 31 | 2/9/16 | Blue Sky Casino LLC DBA French Lick Resort Casino | $115,475 | Cash Out/Redemption of Chips |
| 32 | 2/10/16 | Blue Sky Casino LLC DBA French Lick Resort Casino | $20,000 Check Deposit (Check 4481) | Kentucky Telco ending 9970-0020 (Watts checking) ($19,000 Deposited) |
| 33 | 2/11/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $23,700 | Cash Purchase of Chips |
| 34 | 2/12/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $10,000 Check Deposit (Check 9128) | PNC ending 1239 (Watts checking) |
| 35 | 2/25/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $54,600 | Cash Purchase of Chips |
| 36 | 2/29/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $20,000 Check Deposit (Check 9144) | PNC ending 1239 (Watts checking) |
| 37 | 3/19/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $31,300 | Cash Purchase of Chips |
| 38 | 3/21/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $54,400 | Cash Purchase of Chips |
| 39 | 3/22/16 | Aztar Indiana Gaming Co LLC DBA Tropicana Evansville | $100,000 Check Deposit (Check 9174) | Kentucky Telco ending 9970-0020 (Watts checking) |

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

The Grand Jury further charges:

## COUNTS 40-44
*(Laundering of Monetary Instruments)*

On or about the dates set forth below, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **DANTE DEWAYNE WATTS**, knowingly conducted and attempted to conduct the following monetary transactions, using property of a value greater than $10,000, affecting interstate and foreign commerce, knowing the property involved the proceeds of specified unlawful activity, that is, dealing in controlled substances in violation of the laws of the United States:

| COUNT | DATE | MONETARY TRANSACTION | FINANCIAL INSTITUTION | PROPERTY |
|---|---|---|---|---|
| 40 | 4/24/14 | Purchase of $12,232 cashier's check PRISM Title & Closing | PNC ending 1239 (Watts checking) | 2109 Date Street |
| 41 | 5/29/14 | Purchase of vehicle $13,980 cash | Fidelity Automotive DBA Clark County Auction | 2006 BMW 750i |
| 42 | 10/2/14 | Purchase of vehicle $10,105 cash | Fidelity Automotive DBA Clark County Auction | 2006 Audi A8 |
| 43 | 4/27/16 | Purchase of $60,000 cashier's check to Dante Watts/Weber & Rose | Kentucky Telco ending 9970-0020 (Watts checking) | 12600 Blackthorn Trace |
| 44 | 5/13/16 | Purchase of $12,111.37 cashier's check to Freibert & Mattingly | Kentucky Telco ending 9970-0020 (Watts checking) | 12600 Blackthorn Trace |

In violation of Title 18, United States Code Section, 1957(a).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), 1956(h), and 1957(a); and Title 21, United States Code, Sections 841 and 846, as alleged in this Second Superseding Indictment, felonies punishable by imprisonment for more than one year, the defendants, **ISMAEL GONZALEZ, DANTE DEWAYNE WATTS, ARIEL CRUZ, and CARLOS CATALAN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), and Title 21, United States Code, Section 853, any and all property constituting, or derived from proceeds the defendants obtained, directly and indirectly, as a result of the offenses, and any and all of the defendants' property involved in, used, or intended to be used (and any property traceable thereto), in any manner or part, to commit or to facilitate the commission of the violations alleged in this Second Superseding Indictment, including but not limited to:

  a.  Kentucky Telco Credit Union, Member Account #xxx9970-0020 (Watts checking) (approximately $89,676.89);

  b.  Real Property located at **219 Maxey Road, Harris County, Houston, Texas,** including all buildings and improvements thereon and appurtenances thereto;

  c.  Real Property located at **513 Amy Avenue, Jefferson County, Louisville, Kentucky**, including all buildings and improvements thereon and appurtenances thereto;

  d.  Real Property located at **12600 Blackthorn Trace, Jefferson County, Louisville, Kentucky**, including all buildings and improvements thereon and appurtenances thereto;

  e.  Real Property located at **3426 and 3426R Grand Avenue, Jefferson County, Louisville, Kentucky,** including all buildings and improvements thereon and appurtenances thereto;

    f.    Real Property located at **3512 Greenwood Avenue, Jefferson County, Louisville, Kentucky**, including all buildings and improvements thereon and appurtenances thereto;

    g.    Real Property located at **2109 Date Street, Jefferson County, Louisville, Kentucky**, including all buildings and improvements thereon and appurtenances thereto;

    h.    $195,810.00 in U.S. Currency;

    i.    $2,448.00 in U.S. Currency;

    j.    $230,085.00 in U.S. Currency;

    k.    a Breitling for Bentley Motors Special Edition Certified Chronometer Watch in 18kt Yellow Gold with 596 Full Cut Diamonds;

    l.    Money Judgment representing the proceeds of the offenses charged herein; and

    m.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

        1.    cannot be located upon the exercise of due diligence;

        2.    has been transferred or sold to, or deposited with, a third party;

        3.    has been placed beyond the jurisdiction of the Court;

        4.    has been substantially diminished in value; or

        5.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

Pursuant to Title 18, United States Code, Section 982(a)(1)(A) and Title 21, United States Code, Section 853.

A TRUE BILL

███████████

FOREPERSON

*Russell M. Coleman* (signature)
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC: RBB/AMS

UNITED STATES OF AMERICA v. **ISMAEL GONZALEZ, DANTE DEWAYNE WATTS, ARIEL CRUZ and CARLOS CATALAN.**

## PENALTIES

| | |
|---|---|
| Count 1: | NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs. Supervised Release |
| | NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs. Supervised Release (with notice of 1 prior felony drug conviction) |
| | NL 25 yrs/NM Life/$20,000,000/both/NL 10 yrs. Supervised Release (with notice of 2 prior felony drug convictions) |
| Count 2: | NL 5 yrs. consecutive/$250,000/both/NM 5 yrs. Supervised Release |
| Counts 3-39 | NM 20 yrs./$500,000/both/NM 3 yrs. Supervised Release (each count)(Gonzalez, Watts, Johnson) |
| Counts 40-44 | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)(Watts) |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

    Misdemeanor:   $ 25 per count/individual   Felony:  $100 per count/individual
                      $125 per count/other         $400 per count/other

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:
10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

    18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:   Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:   Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 3:16CR-82-CHB

# UNITED STATES DISTRICT COURT
## Western District of Kentucky
### At Louisville

## THE UNITED STATES OF AMERICA

vs.

**ISMAEL GONZALEZ**
**DANTE DEWAYNE WATTS**
**ARIEL CRUZ**
**CARLOS CATALAN**

### SECOND SUPERSEDING INDICTMENT

**Count 1**
Conspiracy to Possess with Intent to Distribute
21 U.S.C. §§846 and 841(b)(1)(A)

**Count 2**
Possession of a Firearm in Furtherance
of a Drug Trafficking Crime
18 U.S.C. §924(c)(1)(A)

**Count 3**
Conspiracy to Launder Monetary Instruments
18 U.S.C. §1956(h)

**Counts 4-39**
Laundering of Monetary Instruments
18 U.S.C. §§1956(a)(1)(B)(i) and 2

**Counts 40-44**
Laundering of Monetary Instruments
18 U.S.C. §1957(a)

**Forfeiture**

A true bill.

_____
Foreperson

Filed in open court this 2nd day of July, 2019.

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUL 02 2019

Bail, $

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY